Law Offices of
PETER F. MUSIELSKI
7700 Irvine Center Drive
Suite 800
Irvine, California 92618
State Bar No. 82486
Email: musielskilaw@yahoo.com
Telephone: (714) 558-1773
Facsimile: (714-599-9073

Attorney for Defendants, Counterclaimants
 William P. Thomas III, Frank Thomas, Carolyn Thomas Walters

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | | |
|---|---|---|
| BTM, LLC, an Arizona Limited Liability Company | ) ) ) ) ) | CASE NO: SACV14-00414JVS(RNBx) |
| | | Hon. James V. Selna |
| | | Courtroom 10C, Santa Ana Courthouse |
| Plaintiff, | ) | |
| v. | ) ) | |
| WILLIAM P. THOMAS, III, an individual; FRANK THOMAS, an individual; CAROLYN THOMAS WALTERS, an individual; and BARBARA THOMAS, an individual | ) ) ) ) ) ) ) | AMENDED **JUDGMENT** |
| Defendants. | ) | |
| AND RELATED ACTIONS | ) | Trial Date: August 18, 2015 |

This civil case was called for Trial before the Court, without a jury, on August 18,

2015.    The Court heard closing arguments and the case was submitted to the

**1**

**(PROPOSED) AMENDED
JUDGMENT**

Court for a decision on August 20, 2015.  The Court having heard all the testimony and considered all admissible evidence, as well as arguments of counsel and their respective proposed findings of fact and conclusions of law, entered its decision, in the record for its findings of fact and conclusions of law, on August 20, 2015.

After reviewing all of the evidence in this matter and findings of fact and conclusions of law having been rendered, and having considered the Objections of BTM, LLC (Docket No. 140),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that judgment be entered in favor of Defendants, William P. Thomas III, Frank Thomas, and Carolyn Thomas Walters, and against the Plaintiff, BTM, LLC an Arizona Limited Liability Company.  Plaintiff, is to take nothing by way of it's First Amended Complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** on the Counter Claim, brought by Counter Claimants, William P. Thomas III, Frank Thomas, and Carolyn Thomas Walters, and against the Plaintiff, BTM, LLC that the Counterclaimants are entitled to a Declaration that the Authorization Agreement dated December 28, 2001 between William P. Thomas II and BTM, LLC terminated upon William P. Thomas II's death by operation of law, on October 10, 2009.  Defendants are not subject to any Specific Performance

obligation to Plaintiff, and that the Authorization Agreement having terminated is not binding on the Defendants.   The Authorization Agreement is no longer in force, and whatever intellectual property rights granted to Plaintiff in the Authorization Agreement have lapsed, and that there is no right on the part of BTM, LLC to use any intellectual property rights, whatever their scope may be under the Authorization Agreement.   This Declaration relates solely to rights granted under the Authorization Agreement and shall have no effect on any separate claim to ownership of intellectual property rights, including without limitation trademark and copyright rights.   The Declaration that the Authorization Agreement terminated is correct.

The Defendants, William P. Thomas III, Frank Thomas, and Carolyn Thomas Walters, are the prevailing parties in this action and are entitled to recover cost.


DATED: September 04, 2015   Judge of the District Court, Central District


By:_____
   Honorable, James V. Selna
   Judge of the District Court

**3**

_____

**(PROPOSED) AMENDED
JUDGMENT**